**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DEMARQUSA HENDERSON, | § § § | |
| *Petitioner*, | § | |
| v. | § | Case No. 2:17-cv-00486-JRG-RSP |
| DIRECTOR, TDCJ-CID, | § § | |
| *Respondent*. | § § | |

**ORDER**

Before the Court is Respondent Director, TDCJ-CID's Motion to Substitute Attorney ("Motion"). Dkt. No. 10. This Motion requests that Assistant Attorney General Jessica Manojlovich be permitted to withdraw and seeks to substitute Assistant Attorney General Patrick D. Todd in as the Assistant Attorney General representing the Respondent in this action. *Id*.

After consideration, the Court **GRANTS** Respondent's Motion. It is therefore **ORDERED** that Jessica Manojlovich shall be withdrawn as an attorney in this case and that all ECF notifications for Ms. Manojlovich shall be terminated. It is further **ORDERED** that Patrick D. Todd shall be substituted in as an attorney of record for Respondent.

**SIGNED this 11th day of December, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE